UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ATOTECH USA, INC., et al.,

Plaintiff,

vs.

MacDERMID, INC.,

Defendants.

Civil Action No.: 05-5517 (FSH)
Hon. Faith S. Hochberg, USDJ

ORDER EXTENDING TIME
ON INFORMAL APPLICATION

THE COURT having considered the letter application of counsel for defendant
dated April 27, 2006
Donald A. Robinson/containing the consent of defense counsel and explaining the good

cause for extending paragraph 3b of this Court's Pretrial Scheduling Order dated March

15, 2006; and the Court being advised there is no objection to this
request; and it appearing that the extension will has no impact on other deadlines;
IT IS on this 28th day of May, O R D E R E D

1. The foreign evidence collection shall commence no later than May 22, 2006.

2. All other terms of the order dated March 15, 2006 shall remain in
full force and effect

_____
Patty Shwartz, U.S.M.J.

**RECEIVED**

APR 28 2006

WILLIAM T. WALSH, CLERK