UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ATOTECH USA INC., et al.,** : | |
| : | **Civil Action No. 05-5517 (FSH)** |
| **Plaintiffs,** : | |
| v. : | |
| : | |
| **MacDERMID INC.,** : | **ORDER ON INFORMAL APPLICATION** |
| : | |
| **Defendant.** : | |

This matter having come before the Court by way of letter dated June 2, 2006, regarding a dispute concerning the number of interrogatories that plaintiff served;

and the Court having conducted a telephone conference on the record on June 7, 2006;

and the Court having considered the submission, pleadings, arguments and representations of counsel;

and for the reasons set forth on the record;

and for good cause shown,

IT IS ON THIS 7th day of June, 2006

ORDERED that the defendant shall respond to Interrogatories Nos. 1-6, 8-9, and 11-14 no later than **June 23, 2006**, except that the defendant is relieved from producing documents sought as part of the interrogatory;

IT IS FURTHER ORDERED that, no later than **June 9, 2006**, the plaintiff may serve no more than 10 additional single interrogatories (no subparts) that address the topics embodied in Interrogatories Nos. 7 and 10. Said interrogatories shall be responded to no later than **June 23, 2006**;

IT IS FURTHER ORDERED that all submissions to the Court shall be reviewed and signed by Local Counsel; and

IT IS FURTHER ORDERED that all terms of the Order dated March 15, 2006 shall remain in full force and effect.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**
