UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ATOTECH USA INC., et al.,** | : | |
| | : | **Civil Action No. 05-5517 (FSH)** |
| **Plaintiffs,** | : | |
| v. | : | |
| | : | |
| **MacDERMID INC.,** | : | **ORDER ON INFORMAL APPLICATION** |
| | : | |
| **Defendant.** | : | |

This matter having come before the Court by way of telephone conference on April 17, 2007, during the deposition of a party in this case;

and the Court having considered the issue, arguments, and representations of counsel;

and for the reasons set forth on the record of the deposition;

and for good cause shown,

IT IS ON this 20th day of April, 2007

ORDERED that the fact discovery deadlines is extended until **May 1, 2007** for the sole purpose of continuing the Rule 30(b)(6) deposition to address the company's search for responsive e-mails and electronic discovery and the results of such searches; and

IT IS FURTHER ORDERED that all other terms of the Order dated February 28, 2007 shall remain in full force and effect.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE