NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATOTECH USA, INC. and ATOTECH DEUTSCHLAND GMBH<br><br>            Plaintiffs<br><br>    v.<br><br>MACDERMID, INC.<br><br>            Defendant. | Civ. Docket No.   05-5517<br><br>Hon. Faith S. Hochberg, U.S.D.J.<br><br>**ORDER**<br><br>Date: June 1, 2007 |

This matter coming before this Court upon Defendant's May 24, 2007 letter to this Court; and

it appearing that Paragraph 18 of the Court's operative Pretrial Scheduling Order dated February 28, 2007 states that "the parties shall provide the Court with a videotape explaining the subject matter covered by the patent in suit;" and

it appearing that Plaintiff Atotech sent a CD to this Court on May 21, 2007 in response to Paragraph 18 without conferring with Defendant Macdermid;

**IT IS** on this 1st day of June, 2007,

**ORDERED** that the parties shall jointly "provide the Court with a videotape explaining the subject matter covered by the patent in suit" no later than **June 15, 2007**; and it is

**ORDERED** that the Court will not consider the May 21, 2007 CD submitted by Atotech.

/s/ Faith S. Hochberg

Hon. Faith S. Hochberg, U.S.D.J.

1