NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ATOTECH USA, INC. and ATOTECH DEUTSCHLAND GMBH | ) ) ) ) | Civ. Docket No. 05-5517 |
|  | ) | Hon. Faith S. Hochberg, U.S.D.J. |
| Plaintiffs | ) ) | **ORDER** |
| v. | ) ) | Date: July 12, 2007 |
| MACDERMID, INC. | ) ) |  |
| Defendant. | ) ) |  |

This matter coming before this Court upon the Court's June 1, 2007 Order, Plaintiffs' June 15, 2007 letter, and Defendant's June 18, 2007 letter;

**IT IS** on this 12th day of July, 2007,

**ORDERED** that, because the parties did not jointly submit a CD pursuant to the February 28, 2007 Pretrial Scheduling Order and the Court's June 1, 2007 Order, the Court will consider Plaintiffs' June 15, 2007 CD in its entirety and Defendants shall submit a CD "explaining the subject matter covered by the patent in suit" **by July 19, 2007.**

/s/ Faith S. Hochberg

Hon. Faith S. Hochberg, U.S.D.J.

1